UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80023-CIV-MARRA

GARFIELD SPENCE,

    Plaintiff,

vs.

LW JOG S.C., LTD.,

    Defendant.
_____/

### ORDER DISMISSING CASE

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 11]. This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of April, 2023.

KENNETH A. MARRA
United States District Judge

cc: All counsel